# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1784
Lower Tribunal No. 2011-CA-3872

_____

DENNIS JAMES and WINNIFRED JAMES,

Appellants,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,

Appellee.

_____

Appeal from the Circuit Court for Osceola County.
Chad K. Alvaro, Judge.

October 28, 2024

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

STARGEL, WOZNIAK and SMITH, JJ., concur.


Dennis James, Eatonville, pro se.

Winnifred James, Orlando, pro se.

David Rosenberg, of Robertson, Anschutz, Schneid, Crane & Partners, PLLC, Boca Raton, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED